FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 FEB -2 AM 11: 17

OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEBRASKA**

CASE NO.:

8:24cv40

| | | |
|---|---|---|
| PAUL A. ROSBERG, | ) | |
| PLAINTIFF, | ) | COMPLAINT |
| VS. | ) | |
| STATE OF NEBRASKA, PAUL A. | ) | TRIAL BY JURY |
| VAUGHN, JAMES KUBE, MARK | ) | DEMANDED |
| JOHNSON, AND MARK KOZISEK, | ) | |
| DEFENDANTS. | ) | |

Paul A. Rosberg, files this Complaint against the State of Nebraska, along with four other tax consuming chancery Court District Judges named: Paul A. Vaughn, James Kube, Mark Johnson, and Mark Kozisek. These four judges have violated numerous civil rights against the people of this wonderful State. Rosberg has had a big financial loss due to the unlawful actions taken by these four chancery court District Judges and the State of Nebraska should **NOT** be released from damages because they were employees of the State at the time the wrongs were being done.

    1. Paul A. Rosberg's address is 87288 543 Ave., Wausa, NE 68786.

    2. The State of Nebraska's address is Nebraska Attorney General, 2115 State Capitol, Lincoln, NE 68509.

    3. Chancery Court Judges James Kube and Mark Johnson and are currently active District Court Judges, and can be

served at the courthouse where they serve as chancery court judges in Knox, Madison, and Holt Counties. As for the address of Paul Vaughn, I do not know his residence or where he can be reached. I am unaware of their personal addresses.

4. The parties are being sued under both their individual capacity and their legal capacity (occupation).

## NATURE OF THIS ACTION

1. This is an action that seeks a declaratory judgement pursuant to 28 U.S.C. § 2201, establishing a request to get paid a monetary fee for damages and an order preventing these persons from holding any office of any sort in the United States. These chancery court judges do **NOT** qualify to serve as judges pursuant to the law.

A. The Disqualification Clause of the U.S. Constitution, ratified in 1868, is found in Section 3, of the 14th Amendment:

"<u>No person shall be a **Senator** or **Representative in Congress,** or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, **having been previously taken an oath, as a** member **of Congress,** or as an officer of the United States, **or as a member of any State legislature,** or as an executive or judicial officer of any State, **to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same,** or given aid</u>

2

<u>or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.</u>"

U.S. Const. Amend. XIV § 3; emphasis added.

## FACTS OF THIS CASE

1. All four of these chancery court judges have taken an oath to uphold the U.S. Constitution and have acted under **color of law**, preventing me from having my constitutional rights and numerous Constitutional Amendments violated including the 7th, 8th, and the 14th Amendments. All four of them engaged in insurrection or rebellion with their treasonous actions.

2. The questions before this Court arise solely under the United States Constitution and does **NOT** directly implicate any state law issues. Things that relate to state law and facts that took place are only put in this as to show how my rights were violated.

3. Recently, Mark Kozisek, a chancery District Court Judge, unlawfully dismissed a common law lawsuit I had filed preventing me from having it heard. In that Case No. CI12-24, Kozisek issued an Order regarding CI14-52. All the cases I refer to were filed in Knox County, Nebraska. These chancery judges unlawfully assumed jurisdiction and prevented numerous cases that I filed to be fraudulently dismissed.

4. My wife filed a divorce case against me CI14-52. The case was moved to the Chancery side of the District Court. Numerous other cases that were filed by Rosberg, on the common law side of the District Court, were also unlawfully dismissed. Article 5, Section 9, of the Nebraska Constitution clearly states, "<u>The District Courts shall have both Chancery and common law</u>

3

**jurisdiction...**" So you can see in the District Courts in Nebraska there are two kinds of courts with two types of jurisdictions. I moved Case No. CI14-52 out of the Chancery side into the common law side and filed several notices and requested time and time again that I wanted to exercise my 7th Amendment right. The 7th Amendment of the United States Constitution says, "**In suits of common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and in no fact tried by a jury, shall otherwise be reexamined in any other court of the United States, then according to the rule of common law.**"

Basically, the 7th Amendment clearly states that under no circumstances unless one volunteers to enter an inferior Chancery Court, does one have a jury or a Chancery/equity court judge hear this case. When any judge violates one's Constitutional rights like Kozisek, Johnson, Vaughn, and Kube, did, they acted under **color of law** preventing a person from having their lawful right to a **trial by jury**, they are aiding the enemies engaged in the insurrection or rebellion against these United States and in violation of their oath of office. According to the Disqualification Clause of the U.S. Constitution, Section 3 of the 14th Amendment, they can **NOT** hold any office, such as a District Court Judge. All four of these Chancery Court judges acted under **color of law** denying me my 7th, 8th, and 14th Amendment rights and forced me to have all these cases in the Chancery side of the District Court. In Case No. CI21-83, CI21-91, CI-21-94, and CI22-24 were all filed on the common law side of the District Court and each and every were not heard in the District Court. Each and every time those lawsuits were filed, it was made clear

that those cases were filed in the District Court with the common law jurisdiction and that those cases were not to be filed or be removed to the Chancery Court side. At no time was I able to get those cases heard. In other cases, when I sued three of these chancery court judges, on the common law side, they ruled in favor of themselves or one another. Each and every time they violated my 7th, 8th, and 14th Amendment rights. Kube and Johnson recused themselves from my cases but later put themselves back on my cases, once again preventing me from having a **trial by jury**. Paul Vaughn would not take himself off any of my cases even though he was a defendant and would rule in favor of himself. All were biased and prejudiced.

In the divorce decree, Paul Vaughn ordered me to pay Kelly Rosberg $600,000.00 and I somehow got it appealed, and it was lowered to about $300,000.00. That information was just to show how biased he was. There are **NO** State issues to be addressed. The issue is how much I was damaged by being denied my rights and whether these Chancery court judges can lawfully continue to hold office when they are in direct violation of Section 3 of the 14th Amendment.

Do I have a right to a **trial by jury** as guaranteed by the 7th Amendment? I'm not allowed to have even a trial. Since they are acting outside their jurisdiction, preventing my cases from being heard and unlawfully transferring these common law cases to the Chancery side, I have been damaged and neither they nor the State of Nebraska have judicial immunity.

Understanding Chancery Court judges, normally have judicial immunity, but it is apparent these four judges do not, in my case, because what they are doing is outside the law and they have no

5

jurisdiction to prevent me from having my 7th Amendment right to have my cases tried on the common law side of the District Court where there are 12 jurors for the Court. I believe and think the U.S. Constitution provides an avenue for me to have my issues heard, but that is not happening when my rights are violated.

All four of the defendants (judges) violated their oath of office when they violated Rosberg's right and preventing his cases from being heard. Both the Nebraska Constitution and the U.S. Constitution are clear on that. Article 1, Section 6, of the Nebraska Bill of Rights state, "**The right of trial by jury shall remain inviolate.**" "**The Constitution and laws guarantee to every person a fair and impartial trial by an impartial jury. Obligation to protect these Constitutional rights devolve upon the courts, and no court when called upon to act can shirk or evade the responsibility cast upon it by law.**" *Wilson v. State*, 87 Neb. 688 (120 N.W.88). It says, "**No court**" which should also include inferior Chancery Courts like where these four Chancery Court judges considers himself the court.

There is **NO** time where Rosberg volunteered to enter into a Chancery Court but keeps on insisting he wanted and deserved his **trial by jury** according to the rules of common law. At times, Rosberg attempted to argue his case **under duress** to no avail. These cases were at law cases. "**A Judgment without a trial and determination of all the issues raised is erroneous.**" 33 CJ 1135 Sec. 84.

This Plaintiff is under the belief that the U.S. Constitution is still valid or perhaps it has been repealed by the democratic communists that control everything in this once Constitutional republic. Perhaps Rosberg is now obligated to give up his Constitutional rights or has lost

6

them but maybe he is still entitled to a non-biased non-prejudiced Chancery Court judge. I ask for an expedited order preventing Kube, Johnson, Vaughn, and Kozisek from being allowed to serve as a judge in any of my cases at least until this particular case is heard in this Court.

I tried Writ of Recusals and Kube and Johnson refuses to take themselves off my cases, even though they have recused themselves in the past. Then later they recused themselves after I served them in Federal Court. United States Code Title 28 Section 455, states, "**Disqualification of justice, judge, or magistrate: of the United States shall disqualify himself in any proceeding in which his impartiality might be questioned. He shall disqualify himself in the following circumstances: Where he has a personal biased prejudice concerning a party...**" "**Prosecution before a judge disqualified by pecuniary interest is a violation of due process**." *Conking v. DeLang*, 147 Neb. 4, N.W. 2D250.

In the divorce decree, Chancery Court Judge ordered that I was to have visitation with my minor children every other weekend and every other holiday. This biased Vaughn in the divorce decree said I could have only a two week visitation with the kids in the summer time. Other than about five different weekends, long ago, Kelly, my ex-wife, has not allowed me to have visitation with my children; even though I have filed numerous motions with Johnson, Vaughn, and Kube, they have not made her to allow me visitation. Not once, for the weeks for summer vacation was I allowed to have my children. In fact, about five years ago, Kelly moved my children to Tennessee with her without any court or judges permission or hearing. Now it has been approximately eight years, and no matter how I have tried to use the court to compel her to

7

comply with Vaughn's divorce decree, it has not worked. Never once have I been able to stand before 12 jurors in a common law court. The unlawful chancery court judges have not made any rulings or held her in contempt of court. They simply won't even rule on my Motions and prevent a court of law (a common law court) to address the issues. Four years ago, I filed a motion to have my child support lowered and no court has ruled on that. See Exhibit A. These corrupt judges have conspired together to prevent me from seeing my children. In a desperate attempt I have filed 50 different motions entitled, "Motion to Have All Issues Addressed" and chancery court Judge Kozisek made an unlawful order since he never had jurisdiction. See Exhibit B. The Order stated, "**ORDER: It is therefore the order of the court that: 1. All pleadings filed by the defendant, titled "MOTION TO HAvE ALL ISSUES ADDRESSED", filed after October 16, 2023, are stricken from the court file and the Clerk is directed to remove all such filings from the court file and remove and delete said filings on JUSTICE; 2. The court clerk is ordered to refuse and directed not to file any further duplicative or similar "MOTION TO HAVE ALL ISSUES ADDRESSED" made by the defendant.**" Facts showing how biased and prejudiced these Chancery judges are:

    1. They committed treason against me by acting under **color of law** by preventing me from exercising my 7th, 8th, and 14th Amendment rights.

Kube, according to Kelly Rosberg's testimony in a Platte County case, testified that he told her she did not have to let me see my children. This undoubtedly took place out of the courtroom without Kube being in his black robe and at some time I was not present. Kube has

8

continuously conspired with Kelly Rosberg in Case No. Cl14-52 and consistently prevented Paul Rosberg from having a trial in his common law court and acted in his Chancery capacity as a Chancery Court judge, Judge Kube has consistently aided Kelly. Kelly Rosberg says that she has talked to the Chancery Court judge Kube and I also have a court Bill of Exceptions that took place on September 16th, 2019, in Platte County, Nebraska, in which Kelly admits she has been talking to the judge. Prior to the unlawful hearing that took place afterwards, Kelly said in court, "**I have not had contact with him and I've already talked to the judge.**" Kelly said, "**They say if my children do not want to go and visit him, they do not have to.**" The Court: "**And, of course, that is a matter that's been being taken up in Knox County because Mr. Rosberg, on the other hand, wants parenting time.**" The Plaintiff: "**She isn't telling the truth. And furthermore if she has a chat with the judge and I'm not present -- that's been the problem all the way along. Her -- and I don't know if she's sleeping with the judge or not, but if she chats with the judge and talks to the judge, your Honor --**" The Defendant: "**It's kind of apparent --**" It is pretty apparent that something is going on between the judge, that being Kube, and Kelly! See, Kelly tells the Platte County District Judge Steinke that she talked to all these people, including the Chancery Court judge Kube, and he tells her that if my children do not want to visit me they don't have to. I don't know for sure if they don't want to visit me, but with Kelly making up one lie after another and teaching them to hate me, I would not be surprised. Then later in a hearing, Kube has his horse and pony show preventing me from having my Constitutional rights. On December 16th, 2019, Kube would not deny that he and Kelly had been talking and that he had told her that the kids

9

did not have to visit me even though the divorce decree says differently. I know judge Kube did not have subject matter jurisdiction and he was acting under **color of law**. I tried to get him to recuse himself from the case but, of course, he would not. (Later on he finally recused himself.) Apparently Kelly says in the transcript, Chancery Court judge (Platte County District Judge Steinke), Kube and Kelly had discussed this matter and apparently the decision was made-up that I was not ever going to be able to see my children. Judge Kube has shown in two other cases where he assumed unlawful jurisdiction, his hatefulness and vindictiveness against Paul A. Rosberg. In an unlawful court order signed by defendant judge Kube on February 11th, 2019, Case No. CI18-16, he wrote, "**The court admonished the plaintiff and hereby provides that any filings in this court, in the future, which attempt to litigate any causes of action addressed in the present litigation and dismissed by this court as cited above, shall subject the plaintiff to the contempt powers of this court, to be exercised to the fullest stand as provided by Nebraska law. The defendant is deemed forewarned.**" Here Judge Kube makes threats of putting me in jail if I attempt to file anything. He's telling me I cannot file a motion for reconsideration or appeal my case. I have every right to exhaust my court rights and get my cases heard. He is basically telling me I do not have any rights. I guess it is because I am Paul Rosberg, and he hates me with a passion because I tell the truth and he wants no part of it.

Then in Case No. CI18-17, in his unlawful order of February 11th, 2019, judge Kube makes fun of me calling me names when he says, "**He is frustrated since no one seems to listen or agree with him. He is frustrated since no one seems to listen or agree with "Professor**

**Rosberg", interpretation of Constitutional law in his regard**." I have only a high school education! Judge Kube makes up lies about me in his chancery capacity as a judge saying I make $50 an hour, and saying I was served a paper when it was threw in my car. Then he says I was in willful contempt for not paying child support. Just plain made-up lies. Then he also shows how biased he is when he has my bail set at half a million dollars for not showing up at a hearing that I was not made aware of.

Jason Harnisch, a Platte County employee, made a false statement, stating I had been served by him in Platte County, Nebraska, when I've never been served by him or anyone else in Platte County. I did not know, nor was I informed, that I was to appear in Knox County District Court. The crooked Chancery Court judge, Kube, who never had jurisdiction in the first place, issued an arrest warrant and I was taken unlawfully as a prisoner and held for four weeks before I was taken to see a judge. I had no way of knowing I was to appear for a hearing. The Knox County Sheriff, nor the District Court, ever sent me a Notice to Appear. Harnisch made a false statement saying I was served, even though I was not served. The Knox County Sheriff's Office took part in this scandal. They were informed by me that I was not notified. They know I am an honest person and I was not going any place. These are the exact words from the transcript of Chancery court judge Kube from the hearing that took place in Knox County on November 8th, 2019, "**The Court: "Stop. Stop, OK? This has to do with notice, all right? My understanding was that you got noticed and you threw the notice out of the window as you drove away. Paul Rosberg: "I have a witness with me that can tell you differently." The Court: If you throw the notice out the window --" Paul Rosberg: "I never got any --" The**

11

**Court: '-- it doesn't make any difference."** Of course it don't make any difference to judge Kube whether I'm in jail or not. Innocent or not judge Kube could not give a rat's ass.

Judge Kube was untruthful and just made-up crap saying the notice was put in my car window and saying that's how I was served. The judge was untruthful, and I guess it's OK, after all judges were attorneys at one time and attorneys lied over and over to make a living. I went to jail and judge Kube set my bond at $500,000. Crazy! I did not have any papers put in my car and a paper was laid on my car when I was attempting to pick up my kids for visitation, which now I have not been allowed to see for over eight years. I seen a paper fall on this street and a so-called officer picked it up. The transcript reads, **"TESTIMONY OF JASON HARNISCH -- 12/16/19: Q. Did you have information from Kelly Rosberg that Paul was going to be there to pick up his children?**

**A. Yes, I believe we did."** More of Tarnisch's testimony in the courtroom: **"I made a phone call to another deputy who ended up contacting the Sheriff of Platte County, advising that if I was certain that you were Paul Rosberg in the vehicle, that I would be able to hand the paper to you in the vehicle and complete the service. The other deputy then placed the paper on your windshield in an attempt to serve you.**

**Q. Did you pick up the paper after you found it on the floor -- on the ground ? A. Yes. Q. Did you as the judge said in the last hearing I was here, did you throw the paper in the window of the car? A. It was placed on the windshield of the vehicle. Paul Rosberg: I have no further questions."**

12

I did not belong in jail because of a screw up. I was not served. The reason I was not wanting to take any papers is because Kelly had tried like six times to get me for harassment and each and every time I had to make like three trips to Columbus and prove my innocence. I was tired of her harassment, for all I ever did was write her letters telling her it was my weekend to have the kids. I never even called her on the phone, not once in eight years. There are numerous reasons that show judge Kube is biased, prejudiced, and vindictive and that he should have recused himself from every court case that Rosberg is part of.

1. Rosberg has sued him numerous times.

2. He distorts the facts and makes up stuff that is not true like when he says I was served when a summons was placed on my windshield.

3. It's too easy to see. Judge Kube had me in jail for nearly four weeks for not appearing in court when I was **NOT** even notified to appear, then had my bond set at half a million dollars.

4. He's made threats against me how he is going to have me put in jail for appealing my cases or filing papers.

5. He, according to Kelly's testimony in a courtroom in Platte County, she claims judge Kube told her she never had to let me visit my children when the divorce order says differently. I am not asking this Court to address any issues but I only present these facts to show how I have been damaged when I attempt to get to a fair trial in the District Court of common law as this apparently is not going to happen in any Chancery court.

Chancery Court Judge Johnson unlawfully ruled in Case No. CI21-76. See Exhibit C. This case was a case where I was suing Kube

13

for conspiring with my ex-wife, telling her she did not have to let me visit my children when he was not even in his black robe or on the bench. Johnson, of course, prevented me from exercising my 7th Amendment rights and made a ruling in his chancery capacity unlawfully dismissing my case against Chancery Court Judge Kube. Johnson was being sued by me and he ordered sanctions against me and made a false claim that I was a "**vexatious litigant**". It was not the case. The facts in my case was a good one but the issues were never allowed to be heard. The truth of the matter, was Johnson was vexatious against me. For punishment, Chancery Court Judge Johnson, chose to punish me for a crime I did not do by preventing Case No. CI21-76 from being heard; also cases CI21-83, CI21-88, CI21-91, and CI-21-94. I have every right to have each and every case heard in a non-biased court; in fact, in a common law court where they were filed. Johnson said in his unlawful order I had to have an attorney represent me or have the courts permission to file any case. I don't have any money to spend on an attorney and no attorney is going to sue a judge, or it is almost certain they will lose their bar club membership. They can't lose their law license because they don't any; either way, they most likely won't be able to **practice** law.

These unlawful sanctions relate to what's going on with Case No. CI22-24, where inferior Chancery Court Judge Kozisek is involved. I filed this case in the common law side of the District Court on May 17, 2022. The chancery court judge entered an unlawful journal entry filed on July 20, 2022, (See Exhibit D), it says: "**With that background, the Court will authorize the lawsuit to be filed upon the following: 1. A written assignment must be filed to allow the Plaintiff to pursue a corporation's legal claim, and 2. Mr. Rosberg must satisfy all**

**outstanding Knox County District Court costs, attorney fees, and sanctions that exist from prior lawsuits and court-ordered to be paid by him.**"

I filed bankruptcy and the fees, attorney fees, and sanctions that existed prior, were discharged. On July 21, 2022, and on April 20, 2023, see Exhibit E, an assignment was filed to allow the Plaintiff (Paul Rosberg) to pursue the corporations' legal claim. Then on July 29, 2022, I filed a motion for reconsideration or consideration, be considered because all the conditions have been made regarding the conditions of the unlawful order of July 20, 2020. Then on December 13, 2022, Johnson order says, "**Status hearing is scheduled to be held on January 31, 2023, at 1:00 pm in the District Courtroom of Knox County.**" See Exhibit F. The chancery court Judge Johnson recused himself after that. Nothing happens until January 4, 2024, when Kozisek issued an unlawful dismissal. I was not even allowed to have a status hearing heard, the one set for January 23, 2023. Here again Kozisek violated my right to have my case heard. There was no way I could have the Smith's served without the status hearing where I should have been able to serve the defendants. I would have had them served anyway. I may have ended up in jail.

The U.S. constitution is very clear, "**In suits of common law, where the value in controversy shall exceed twenty dollars, the right to a trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United states, then according to the rules of common law.**" We have a common law court and that's where these cases are and anytime anybody violates one's rights they are giving aid and comfort to our enemies. Article 3, Section 3, Clause 1, of the U.S. Constitution defines treason as "**levy war against them or**


**adhering to their enemies, giving them aid and comfort**". *Cohens v Virginia*, 19 UA (6 Wheat) 264, 404, 5LEd 257 (1821), "**When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason.**"

Article 5, Section 14, the Nebraska Constitution defines treason when it says, "**Treason against the State shall consist only in levying war against the State, or in adhering to its enemies, giving aid and comfort.**" I am the State as well as everybody in Nebraska! Johnson, Kube, and Vaughn by violating rights of individuals is giving aid and comfort to the deep state or communist China which is in control of our Government and now the people are burdened with some executive or judicial order whether it be by some tax consuming Chancery Court judge or a group of judges opinions or some unconstitutional tax consuming executives as Biden or governors edict. The legislature branch of government makes the law in a Republic. These defendants are committing treason against the State or we the people. Any statute that did not comply with the State or Federal Constitution, it is null and void. I have not seen any law or is there any law that has overruled the Nebraska Constitution or U.S. Constitution that prevents citizens from exercising their God-given rights expressed in their writings of any of the Constitutions Bill of Rights .

Each and every one of these chancery court judges committed **treason** and acted under **color of law** and damaged this Plaintiff. Rosberg has produced enormous, factual content that would show the defendants' are liable for misconduct and should be liable for damages paid to the Plaintiff. The Plaintiff has certainly provided enough information to give the opposing party fair notice of the nature and basis

or grounds for a valid claim and a general indication of the type of litigation involved.

This Complaint is NOT challenging judgments of the State District Courts and is not appealing any of their unlawful decisions. I am NOT asking the Court to entertain a proceeding to reverse or modify a State Court judgment. It may be the opinion that "**Under Neb. Rev. Stat. § 42-351, state district courts have jurisdiction over divorce proceedings. In Nebraska, divorce proceedings are equitable in nature, and therefore there is not right to a jury trial in such proceedings. See *Rauch v. Rauch*, 590 N.W.2d 170, 174 (Neb. 1999); *Else v. Else*, 367 N.W.2d 701, 703 (Neb. 1985).**" That particular opinion would be non-binding because the Federal law or the 7th Amendment clearly states to the contrary. No where in the 7th Amendment is there an exception to one's right to a **trial by jury**. I know there's no right to a jury trial in an equitable action. I filed, or transferred, my cases to the common law side of the District Court; so in that court I have a right to a trial by jury under the rules of common law, not equity or chancery rules.

All these facts and exhibits clearly show that Paul A. Rosberg should be allowed monetary damages for not being allowed to visit his children for eight years, all because his 7th, 8th, and 14th Amendment rights, and all other rights provided by the other Amendments that have been clearly violated. There has been an intrinsic loss of not having access to his children he so dearly loves. I request $10 million of damages or whatever the court finds fair and just. The plaintiff requests that the State of Nebraska be compelled to allow Rosberg to have each and every case that was filed or transferred to the District Court of common law be heard by 12 jurors and according to the rules of

common law as it is provided under the 7th Amendment. Plaintiff requests that Kube, Johnson, Vaughn and Kozisek be ordered to never hold any office in these United States because of their treasonous acts against the Nebraska people. Rosberg requests that the State be compelled to provide him his Constitutional rights under the U.S. Constitution and that the cases be heard expediently.

Respectfully submitted on this 29th day of January, 2024.

*Paul A. Rosberg* (signature)

Paul A. Rosberg

**AFFIDAVIT**

**STATE OF NEBRASKA)**
**COUNTY OF KNOX   )**

Paul A. Rosberg came before me this 29th day of January, 2024, and subscribed and sworn to be true and correct to the best of his ability and belief.

Subscribed and sworn before me in my presence this 29-th day of January 2024 a Notary Public in and for the County of Knox, State of Nebraska
(signature) Russell La Loche
Notary Public
My Commission Exp. March 28, 2024

Notary Public

---

Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)
"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."

18



PRIORITY MAIL

JAN 29 2024

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

Paul A Rosberg
87288 543 Ave
Wausa NE 68786

RECEIVED
FEB 02 2024
CLERK
U.S. DISTRICT COURT

TO:

United States District Court
Roman L Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9022 0085 2263 3797 95

LABEL 0R Aug. 2013
7690-17-000-5669

F May 2020
12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

